UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

___

In re:

Brock A Tatge and Kirsten M Tatge,

    Debtors.

Case No. 11-43056
Chapter 7

*ORDER GRANTING*
*MOTION FOR RELIEF FROM STAY*

___

This case came before the court on the motion of Bremer Bank, N.A. seeking relief from the automatic stay of 11 U.S.C. §362. Based upon all of the files and records herein, the court finds that cause exists entitling Bremer Bank, N.A. to the requested relief.

IT IS ORDERED that the automatic stay of 11 U.S.C. §362 is terminated as to Bremer Bank, N.A., and Bremer Bank, N.A., and/or its successors and assignees, is authorized to foreclose its interest in the subject That part of the West Three Fourths of the Southwest Quarter of the Southeast Quarter (W ¾ SW ¼ SE ¼) of Section Fifteen (15), Township Thirty-four (34), Range Twenty-nine (29), Sherburne County, Minnesota, Which lies East of the West 783.00 feet thereof, according to the United States Government Survey thereof in accordance with nonbankruptcy law. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 2, 2011.

/e/ Nancy C. Dreher
___
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/02/2011*
Lori Vosejpka, Clerk, by KK

477371