Case No.: 11−43056 − NCD
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brock A Tatge
dba Brock Tatge Agency, Inc., dba Logix Learning, LLC

11162 97th St
Clear Lake, MN 55319

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−1545

Kirsten M Tatge

11162 97th St
Clear Lake, MN 55319

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9220

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 10/31/11, or, for governmental units, within 180 days from the date of the Order for Relief or 10/31/11, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 7/27/11

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

BY: shelia
Deputy Clerk

**USE PROOF OF CLAIM FORM INCLUDED WITH THIS NOTICE**

mnbflclm 12/1/2007